IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

OCEANETICS, INC.,

   **Plaintiff,**

v.              **Civil Action No. _____**

MARINE1, LLC,

   **Defendant.**

   *Serve*: Marine1, LLC
      c/o Scott T. Snow, Registered Agent
      9445 Softwater Woods Dr.
      Clarkston, MI 48348

## COMPLAINT

Plaintiff Oceanetics, Inc. ("Plaintiff" or "Oceanetics"), by counsel, brings this action against Defendant Marine1, LLC ("Defendant" or "Marine1") for damages resulting from Marine1's breaches of two contracts: (1) a commercial real estate lease, and (2) a $90,000 loan agreement. By reason of its breach of both of these agreements, Defendant owes $346,973.78 plus interest, attorney's fees, and costs. In support of its Complaint, Plaintiff states as follows:

## PARTIES & JURISDICTION

1. Plaintiff Oceanetics, Inc. is a corporation organized and existing under the laws of Virginia with a principal place of business in Annapolis, Maryland. Oceanetics was formerly known as Truston Technologies, Inc., and does business under authorized fictitious names, including Truston, Inc. (York Co) and Truston (York Co).

2. Defendant Marine1, LLC is a limited liability company formed under the laws of Michigan, and was previously authorized to conduct business in Virginia. According to the Virginia State Corporation website, Marine1 failed to pay its registration fee and was declared

inactive as of September 1, 2025. Upon information and belief, Scott T. Snow is the sole member and manager of Marine1 and is a citizen of Michigan.

3.    This Court has diversity jurisdiction over this action under 28 U.S.C. §1332. Venue is proper in this district and division, as all the events giving rise to this action occurred within York County, Virginia.

## BACKGROUND FACTS

4.    This is a breach of contract matter for the breach of a commercial lease agreement and a loan agreement.

5.    Marine1 is in default of both agreements, and Oceanetics seeks to recover all amounts due under the Lease and Loan Agreement, together with interest, attorney's fees, and collection costs.

### The Business Property Lease Agreement

6.    On December 23, 2017, Oceanetics, Inc. (also known as Truston, Inc.) and Marine1, LLC entered into a Business Property Lease Agreement, attached hereto as **Exhibit A**, (the "Lease"), for commercial property located at 117 Shirley Road, Seaford, Virginia 23696 (the "Property").

7.    The Lease commenced on February 15, 2018, with an initial term of one year ending February 14, 2019.

8.    The Lease provided for automatic yearly renewal unless either party provided sixty (60) days written notice prior to expiration.

9.    Under the Lease, Marine1 agreed to pay a monthly rent of five thousand dollars ($5,000.00), payable on the fifteenth (15th) day of each month.

10.     The lease required Marine1 to pay a late fee of two hundred dollars ($200.00) for any payment received after the twenty-fifth (25th) day of the month.

11.     The lease required Marine1 to pay all utilities, including water, gas, septic/sewer, and electricity, directly to suppliers.

12.     Marine1 used the Property to conduct engineering and design, fabrication, manufacture, assembly, and testing of its technologies, products, and services.

13.     Marine1's last payment for the $5,000 monthly rent was in August of 2021.

14.     Neither party terminated the lease, and Marine1 continued to conduct business at the leased premises until October 2025.

15.     Oceanetics issued a Notice of Termination and Demand to Vacate on October 20, 2025, to Marine1, documenting Marine1's breaches, and giving Marine1 until November 30, 2025, to vacate the Property.

16.     The outstanding unpaid rent totaled $250,000 as of the termination of the Lease.

17.     Marine1 has incurred late fees in the amount of $13,400.00.

18.     Marine1 failed to pay Oceanetics for the utilities while in possession of the property as required under the lease, totaling $22,068.42.

19.     Upon information and belief, Marine1 vacated the Property in November, 2025.

20.     As of October 20, 2025, Marine1 owed Oceanetics two hundred eighty-five thousand four hundred sixty-eight dollars and forty-two cents ($285,468.42) under the lease. This amount comprises two hundred fifty thousand dollars ($250,000.00) in unpaid rent, twenty-two thousand sixty-eight dollars and forty-two cents ($22,068.42) in unpaid utilities, and thirteen thousand four hundred dollars ($13,400.00) in late fees.

21.    Oceanetics is entitled to payment of its attorney's fees and collection costs pursuant to Section 7 of the Lease.

## The Loan Agreement

22.    On December 5, 2018, Oceanetics, Inc. (also known as Truston, Inc.) and Marine1, LLC entered into a Loan Agreement attached hereto as **Exhibit B**, (the "Loan Agreement").

23.    Under the Loan Agreement, Oceanetics, Inc. loaned Marine1 ninety thousand dollars ($90,000.00).

24.    The Loan Agreement bore a fixed annual interest rate of 0.2 percent.

25.    The Loan Agreement was payable over sixty months, in monthly installments of one thousand five hundred seven dollars and sixty-four cents ($1,507.64).

26.    The first payment was due ninety days after the effective date of the Loan Agreement, with subsequent payments due on the same day of each month thereafter.

27.    The Loan Agreement provided that payments not made within thirty days of the due date would be subject to a late charge of ten percent of the payment, not to exceed five hundred dollars ($500.00) per installment.

28.    Marine1's last payment of the Loan Agreement was in May of 2021.

29.    Since June of 2021, Marine1 has failed to make any payments towards the Loan Agreement.

30.    The Loan Agreement is in default and Marine1 is indebted to Oceanetics in the amount of $52,309.00 in principal and interest, and late fees in the amount of $9,196.36.

31.    The Loan Agreement authorized Oceanetics to take possession of and sell the vessel to satisfy Marine1's obligations in the event of default.

32.     Marine1 owes Oceanetics sixty-one thousand five hundred five dollars and thirty-six cents ($61,505.36) under the Loan Agreement. This amount comprises fifty-two thousand three hundred nine dollars ($52,309.00) in unpaid principal and interest and nine thousand one hundred ninety-six dollars and thirty-six cents ($9,196.36) in late fees.

33.     Interest continues to accrue on the unpaid amount at the rate of 0.2 percent *per annum*.

34.     Oceanetics is entitled to attorney's fees and collection costs pursuant to Section 9 of the Loan Agreement.

## COUNT I

### Breach of Business Property Lease Agreement

35.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 34 as if fully set forth herein.

36.     A valid and enforceable lease agreement existed between Oceanetics and Marine1.

37.     Marine1 breached its obligations under the lease by, among other things, failing to pay rent and utilities.

38.     Oceanetics issued a Notice of Termination and Demand to Vacate on October 20, 2025, documenting Marine1's breaches.

39.     Marine1 has since vacated the premises.

40.     Marine1 is indebted to Oceanetics in the amount of two hundred eighty-five thousand four hundred sixty-eight dollars and forty-two cents ($285,468.42) under the lease. *See* Declaration of Lesley Levicki attached hereto as **Exhibit C**. This amount comprises two hundred fifty thousand dollars ($250,000.00) in unpaid rent, twenty-two thousand sixty-eight dollars and forty-two cents ($22,068.42) in unpaid utilities, and thirteen thousand four hundred dollars

($13,400.00) in late fees. Oceanetics is also entitled to recover interest, attorney's fees, and costs pursuant to Section 7 of the Lease.

## COUNT II

### Breach of Loan Agreement

41.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 40 as if fully set forth herein.

42.    A valid and enforceable loan agreement existed between Oceanetics and Marine1.

43.    Marine1 breached its obligations under the Loan Agreement by failing to make loan payments as required under the Loan Agreement.

44.    Marine1 failed to make at least one payment within sixty days of its due date, placing Marine1 in default.

45.    On October 21, 2025, Oceanetics issued a Notice of Default notifying Marine1 of its default.

46.    Marine1 was given thirty days to cure the default, but failed to do so.

47.    Marine1 has continued to fail to make payments under the Loan Agreement.

48.    Marine1 is indebted to Oceanetics in the amount of sixty-one thousand five hundred five dollars and thirty-six cents ($61,505.36) under the Loan Agreement. *See* Declaration of Lesley Levicki attached hereto as **Exhibit C**. This amount comprises fifty-two thousand three hundred nine dollars ($52,309.00) in unpaid principal and interest and nine thousand one hundred ninety-six dollars and thirty-six cents ($9,196.36) in late fees. Oceanetics is entitled to recover interest, attorney's fees, and costs pursuant to Section 9 of the Loan Agreement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Oceanetics, Inc. respectfully requests that this Court enter judgment in its favor and against Defendant Marine1, LLC as follows:

a.  Upon Count I, damages against Marine1, LLC for breach of the Business Property Lease Agreement in the amount of two hundred eighty-five thousand four hundred sixty-eight dollars and forty-two cents ($285,468.42), comprising unpaid rent, unpaid utilities, and late fees, plus attorneys' fees, costs, expenses, and pre- and post-judgment interest;

b.  Upon Count II, damages against Marine1, LLC for breach of the Loan Agreement in the amount of sixty-one thousand five hundred five dollars and thirty-six cents ($61,505.36), plus attorney's fees, costs, expenses, and pre- and post-judgment interest; and

c.  For such other relief as the Court deems just and proper.

Dated: June 12, 2026                    **OCEANETICS, INC.**


                                        */s/ James L. Chapman, IV*
                                        James L. Chapman, IV, Esq., VSB No. 21983
                                        Lawson P. Barkley, Esq., VSB No. 101875
                                        CRENSHAW, WARE & MARTIN, P.L.C.
                                        150 W. Main Street, Suite 1923
                                        Norfolk, Virginia 23510
                                        Telephone: (757) 623-3000
                                        Facsimile: (757) 623-5735
                                        jchapman@cwm-law.com
                                        lbarkley@cwm-law.com
                                        *Counsel for Oceanetics, Inc.*