# EXHIBIT B

**LOAN AGREEMENT**

This Loan Agreement (the "Agreement") is made and effective **December 5, 2018,**

BETWEEN:        Truston (the "Lender"), a corporation organized and existing under the laws of Virginia

AND:        Marine1, LLC (the "Borrower").

1.        PROMISE TO PAY

Within 64 months from the date of this Agreement, Borrower promises to repay to Lender the loaned sum of $90.000.00 plus interest as stated below.

2.        BREAKDOWN OF LOAN

Amount of Loan:                $90,000.00
Rate:                        Fixed annual interest rate of 0.2%
Term:                        5 years (60 months)
Payment Deferral Period:        3 months (90 days)

3.        REPAYMENT

Borrower will repay the amount of this note in monthly installments of **$1,507.64.** The first payment shall be due 90 days (3 months) after the effective date of this Agreement. Subsequent payments shall be due on the same day of the month each month thereafter (or the last day of the month if that date does not exist). Please note, it is the expressed desire of the Borrower to repay this loan in full with proceeds from its expected follow-on SBIR Phase-2 Contract.

4.        PREPAYMENT

Borrower has the right to make early payments without penalty, and may satisfy this loan by paying the full principal at any time.

5.        LATE CHARGE

Any installment not paid within 30 days of its due date shall be subject to a late charge of 10% of the payment, not to exceed $500 for any such late installment.

6.        SECURITY

To protect Lender, Borrower provides M/V Warrior Princess as collateral. Borrower shall give free and clear title to Lender, and Lender shall secure title in a safe in its headquarters office. Lender shall take no other actions with title unless Borrower defaults on this loan. If Borrower defaults on this loan, Lender may take possession of and sell M/V Warrior Princess to satisfy Borrower's obligations under this Agreement. Borrower shall take no other loans against M/V Warrior Princess, and Borrower shall maintain hull insurance for not less than 150% of the value of this loan.

PAGE 1 OF 2

7.      DEFAULT

If for any reason Borrower fails to make any payment within 60 days of its due date, Borrower shall be in default.  The Lender can then demand immediate payment of the entire remaining unpaid balance of this loan, without giving anyone further notice, and Lender may take possession of and sell collateral assets listed in the Security section of this Agreement.

8.      RIGHT OF OFFSET

If this loan becomes past due, the Lender will have the right to pay this loan from any deposit or security Borrower has with this Lender without notice to Borrower.  If the Lender gives Borrower an extension of time to pay this loan, Borrower still must repay the entire loan.

9.      COLLECTION FEES

If this note is placed with an attorney for collection, then Borrower agrees to pay an attorney's fee of 5% of the unpaid balance.  This fee will be added to the unpaid balance of the loan.

|  | Lender | Borrower |
|---|---|---|
| Signature: | | |
| Name: | Lesley Levicki | Scott Snow |
| Title: | Chief Financial Officer | President |
| Date: | | 12/5/2018 |