# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
*Newport News Division*

OCEANETICS, INC.,

       **Plaintiff,**

v.                                   Civil Action No. _____

MARINE1, LLC,

       **Defendant.**

## DECLARATION

I, Lesley Levicki, on behalf of Oceanetics, Inc. ("Oceanetics"), pursuant to 28 U.S. Code § 1746, state as follows:

1. I am the controller at Oceanetics, and I am familiar with the books and records of Oceanetics pertaining to the account of Marine1, LLC ("Marine1").

2. On December 5, 2018, Marine1, through its President Scott Snow, executed and delivered a Loan Agreement in favor of Oceanetics doing business under the authorized fictitious name Truston for $90,000.00 (the "Loan").

3. Under the Loan, Marine1 agreed to pay Oceanetics a principal sum of $90,000.00 at a fixed interest rate of 0.2% per annum, to be paid in equal installments over a 60-month period, after an initial Payment Deferral Period of 90 days.

4. As of June 11, 2026, Marine1 owes $61,505.36 to Oceanetics under the Note, plus accruing interest, attorneys' fees and costs of collection.

5. Effective February 15, 2018, Oceanetics, doing business under the authorized fictitious name Truston, Inc. and Marine1, through its President Scott Snow, entered into and commenced a Business Property Lease Agreement (the "Lease"), for commercial property located at 117 Shirley Road, Seaford, Virginia 23696 (the "Property").

Oceanetics, Inc. v. Marine1, LLC
*Declaration of Lesley Levicki*
Page 2 of 2

6.      Under the Lease, Marine1 agreed to pay Oceanetics $5,000.00 a month, payable on the 15th day of each month.

7.      The lease required Marine1 to pay a late fee of $200.00 for any payment received after the 25th day of the month.

8.      The lease required Marine1 to pay all utilities, including water, gas, septic/sewer, and electricity, directly to suppliers.

9.      As of June 11, 2026, Marine1 owes Oceanetics $285,468.42 under the Lease. This amount comprises $250,000.00 in unpaid rent, $22,068.42 in unpaid utilities, and $13,400.00 in late fees, plus accruing interest, attorneys' fees and costs of collection

10.     I have reviewed the Complaint, and the representations contained therein are true and accurate to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12 day of June, 2026.

By: _____
                    Lesley Levicki

2