**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
*Newport News Division*

**OCEANETICS, INC.,**

      **Plaintiff,**

**v.**                                        **Civil Action No.  4:26-cv-00090**

**MARINE1, LLC,**

      **Defendant.**

## NOTICE OF APPEARANCE

NOTICE OF APPEARANCE PLEASE TAKE NOTICE the undersigned counsel, Lawson P. Barkley, who is licensed to practice in this Court, hereby enters his appearance on behalf of OCEANETICS, INC.

Dated: June 12, 2026           **OCEANETICS, INC.**


                                      */s/ Lawson P. Barkley*
                                      James L. Chapman, IV, Esq., VSB No. 21983
Lawson P. Barkley, Esq., VSB No. 101875
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
lbarkley@cwm-law.com
*Counsel for Oceanetics, Inc.*