**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF VIRGINIA
600 GRANBY STREET
NORFOLK, VIRGINIA 23510-1915
_____

CHAMBERS OF
MARK S. DAVIS
UNITED STATES DISTRICT JUDGE

## PROCEDURE FOR CIVIL MOTIONS

This case has been assigned to United States District Judge Mark S. Davis.

Pursuant to Local Rule 7, a brief shall accompany all motions (unless excepted by the rule). Courtesy copies of briefs are not required unless the filing, including exhibits, exceeds fifty (50) pages.

After all briefs are filed, it is incumbent upon counsel for the moving party to confer with opposing counsel and advise the Clerk's Office by "Notice" when a ruling or determination based upon the briefs alone (without oral argument) is desired. See Local Rule 26 for discovery motion procedures. Unless otherwise directed by the District Judge, all discovery issues shall be directed to the Magistrate Judge assigned to the civil action.

Requests for oral argument should be electronically filed with the Clerk's Office. If Judge Davis determines he will allow oral argument, counsel will be notified by the Judge's courtroom deputy or his judicial assistant and a date and time will be selected.

Absent a request for hearing, the motions will be referred automatically to Judge Davis.