| Attorney or Party without Attorney:<br>James L. Chapman, IV, Esq. ()<br>Crenshaw Ware & Martin, PLC<br>  Telephone No: | | For Court Use Only |
|---|---|---|
|   Attorney For:   Plaintiff | Ref. No. or File No.:<br>Oceanetics v Marine1 | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Virginia, Newport News Division | | |
| Plaintiff:   OCEANETICS, INC.<br>Defendant:   MARINE1, LLC | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:26-cv-00090 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3.   *a.*  *Party served:*    Marine1, LLC
     *b.*  *Person served:*    Scott T. Snow, Registered Agent, authorized to accept served under F.R.C.P. Rule 4. subject refused to show his ID
   he was identified using the photo provided
4. *Address where the party was served:*    159 Goodwin Neck Road, Yorktown, VA 23692

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive
   process for the party (1) on: Tue, Jul 07 2026 (2) at: 07:29 AM

6. *Person Who Served Papers:*
   a. CAROL DONALDSON ()
   b. FIRST LEGAL
     2920 N. GREEN VALLEY PARKWAY, SUITE 514
     HENDERSON, NV 89014
   c. (888) 599-5039

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

      7-7-2026    *Carol Donaldson*
         *(Date)*             *(Signature)*



                     PROOF OF
                     SERVICE

            16293186
            (429362)