## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

OCEANETICS, INC.,
      Plaintiff,

v.                        Civil Action No. 4:26-cv-00090-MSD-DEM

MARINE1, LLC,
      Defendant.

---

### DEFENDANT MARINE1, LLC'S MOTION FOR EXTENSION OF
### TIME TO RESPOND TO THE COMPLAINT

Defendant Marine1, LLC ("Marine1"), by and through its owner and registered agent, Scott T. Snow, respectfully moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of **forty-five (45) days, up to and including September 11, 2026,** within which to file its response to the Complaint. In support of this Motion, Marine1 states as follows:

1.  Plaintiff served the Complaint upon Marine1 on July 7, 2026, and Marine1's response is currently due on or about **July 28, 2026.** See Fed. R. Civ. P. 12(a)(1)(A)(i).

2.  Marine1 is a Virginia limited liability company. As a business entity, it may appear and be heard in this Court only through licensed counsel. Marine1 is diligently working to retain counsel to represent it in this matter and requires a short period of additional time to do so.

3.  Because this Motion is filed **before** the current deadline expires, it is governed by the "good cause" standard of Rule 6(b)(1)(A). Good cause is present: despite diligent efforts since being served, Marine1 has not yet succeeded in retaining the counsel it is required to have, and a brief, first extension is necessary to allow it to do so and to file a proper response.

4.  Marine1 has not previously requested any extension of time in this matter, and the requested extension will not affect any hearing or other scheduled deadline.

5.  This Motion is made in good faith and not for the purpose of delay. The requested extension will allow Marine1 to obtain counsel, file a proper response, and avoid an unnecessary default.

Page 1 of 3

6. Undersigned has attempted in good faith to confer with counsel for Plaintiff regarding this Motion.

7. Pursuant to Local Civil Rule 7(F)(2), no supporting brief is required for a motion for an extension of time to respond to a pleading filed before the response deadline has passed. Marine1 respectfully requests that the Court decide this Motion without oral argument.

**WHEREFORE**, Defendant Marine1, LLC respectfully requests that the Court grant this Motion and enter an Order extending its deadline to respond to the Complaint up to and including **September 11, 2026**, together with such further relief as the Court deems just and proper.

Respectfully submitted,
**MARINE1, LLC**

By: _____
Scott T. Snow
Its Owner and Member

300 Dandy Loop Road
Yorktown, Virginia 23692
(757) 909-0490
Dated: July 24, 2026

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I caused a true and correct copy of the foregoing Motion to be served upon Plaintiff's counsel of record by certified United States Mail, return receipt requested, at the following address:

James L. Chapman IV
Lawson P. Barkley
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Certified Mail No.: _____9589 0710 5270 1794 4022 44_____

_____
Scott T. Snow, for Marine1, LLC