# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

OCEANETICS, INC.,
      Plaintiff,

v.                          Civil Action No. 4:26-cv-00090-MSD-DEM

MARINE1, LLC,
      Defendant.

---

### ORDER

This matter is before the Court on Defendant Marine1, LLC's Motion for Extension of Time to Respond to the Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and that Defendant Marine1, LLC shall file its response to the Complaint on or before September 11, 2026.

It is so ORDERED.

Entered this _____ day of _____, 2026.

_____
United States District Judge / Magistrate Judge