**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Newport News Division**

**OCEANETICS, INC.,**

    Plaintiff,

v.

Civil Action No. 4:26-cv-00090-MSD-DEM

**MARINE1, LLC,**

    Defendant.

**SUPPLEMENT TO ECF NO. 10 AND REQUEST FOR EXPEDITED RULING**

Marine1, LLC, through Scott T. Snow, its sole member and manager, submits this limited supplement solely to provide the Court with current facts bearing on Marine1's pending Motion for Extension of Time (ECF No. 10). Marine1 does not ask Mr. Snow to act as counsel on the merits and does not ask the Court to waive the rule that a limited liability company ordinarily must appear through licensed counsel.

1. Marine1 submitted ECF No. 10 to the Clerk on July 24, 2026, before the response deadline. The Clerk entered the motion on the docket on July 27, 2026. ECF No. 10 requests time for Marine1 to obtain licensed counsel.

2. As of the morning of July 28, 2026, no order has been entered on ECF No. 10.

3.    During the week of July 20, 2026, Marine1 sent Plaintiff's counsel a written request for consent to an extension by certified United States Mail. Plaintiff's counsel has not responded to that request.

4.    Marine1 and Mr. Snow have contacted numerous attorneys and law firms seeking an attorney admitted in the Eastern District of Virginia to enter an appearance. No attorney has agreed and been able to appear before today's deadline.

5.    Marine1 understands that it cannot ordinarily litigate through its nonlawyer member. The requested extension is therefore necessary to comply with, rather than avoid, the counsel requirement.

6.    Because Marine1's response deadline remains reflected on the docket as July 28, 2026, Marine1 is simultaneously tendering a protective Answer solely to avoid default by inaction. Marine1 acknowledges that a limited liability company ordinarily must appear through licensed counsel and respectfully requests that the Court accept the Answer provisionally while ECF No. 10 is decided and permit licensed counsel to appear and amend it.

7.    This case is at its outset. No scheduling order has been entered, discovery has not begun, and a short extension will not materially prejudice Plaintiff. By contrast, denial of time to obtain counsel could result in default without a merits determination.

8.    ECF No. 10 requests a forty-five-day extension through and including September 11, 2026. Marine1 continues to request that same relief.

9.      Paragraph 2 of ECF No. 10 mistakenly describes Marine1 as a Virginia limited liability company. Marine1 is organized under Michigan law. The correction does not affect the basis for the requested extension: Marine1 is a business entity that ordinarily must appear through licensed counsel.

## REQUEST FOR RELIEF

Marine1 respectfully requests that the Court enter an expedited order: (1) granting the forty-five-day extension requested in ECF No. 10; (2) extending Marine1's deadline to respond to the Complaint through and including September 11, 2026, so licensed counsel may enter an appearance and file or amend Marine1's response; (3) accepting Marine1's concurrently tendered Protective Answer provisionally while the Court considers ECF No. 10; and (4) deferring any entry of default while the Court considers Marine1's timely extension request and during any period allowed for licensed counsel to appear.

Respectfully submitted,

**MARINE1, LLC**

By: _____

Scott T. Snow

Sole Member and Manager

Submitting this protective filing solely to request time for licensed counsel to appear

300 Dandy Loop Road

Yorktown, Virginia 23692

(757) 909-0490

stsnow@comcast.net

Dated: July 28, 2026

## CERTIFICATE OF SERVICE

I certify that on July 28, 2026, after signing this document, I served a true and correct copy of the foregoing Supplement to ECF No. 10 and Request for Expedited Ruling, with the accompanying Declaration, by sending it via United Parcel Service (UPS), delivery prepaid, UPS Tracking No. 1ZL7T 79C 29 1747 3050, addressed to counsel for Plaintiff at the address below. I also sent a courtesy copy by email to jchapman@cwm-law.com and lbarkley@cwm-law.com:

> James L. Chapman IV, Esq.
>
> Lawson P. Barkley, Esq.
>
> Crenshaw, Ware & Martin, P.L.C.
>
> 150 West Main Street, Suite 1923
>
> Norfolk, Virginia 23510

Scott T. Snow

## GHOSTWRITING CERTIFICATION

I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, this document.

Scott T. Snow (print or type)

Signature:

Executed on: July 28, 2026

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Newport News Division

**OCEANETICS, INC.,**

Plaintiff,

v.                                    Civil Action No. 4:26-cv-00090-MSD-DEM

**MARINE1, LLC,**

Defendant.

### DECLARATION OF SCOTT T. SNOW IN SUPPORT OF ECF NO. 10

I, Scott T. Snow, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct:

1.      I am the sole member and manager of Marine1, LLC.

2.      Marine1 has been advised by the Court's published materials and understands that a limited liability company ordinarily must appear in federal court through licensed counsel.

3.      Before Marine1 submitted ECF No. 10 to the Clerk on July 24, 2026, and continuing thereafter, I contacted numerous attorneys and law firms seeking counsel admitted to practice in the Eastern District of Virginia. The Clerk entered ECF No. 10 on

the docket on July 27, 2026. No attorney agreed and was able to enter an appearance before the July 28, 2026 response deadline.

4.    During the week of July 20, 2026, I sent Plaintiff's counsel a written request for consent to a forty-five-day extension by certified United States Mail. As of the execution of this declaration, I have received no response to that request.

5.    Marine1 requested the extension in good faith so that it can comply with the requirement to appear through licensed counsel, not for delay.

6.    Marine1 requests through and including September 11, 2026, for licensed counsel to enter an appearance and file or amend Marine1's response.

Executed on July 28, 2026, in Yorktown, Virginia.

Scott T. Snow

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Newport News Division

**OCEANETICS, INC.,**

    Plaintiff,

v.                 Civil Action No. 4:26-cv-00090-MSD-DEM

**MARINE1, LLC,**

    Defendant.

## GHOSTWRITING CERTIFICATION

(Declaration of Scott T. Snow in Support of ECF No. 10)

    I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of, the foregoing Declaration.

Scott T. Snow (print or type)

Signature: _____

Executed on: July 28, 2026