# EXHIBIT A

 Outlook

---

## Case 4:26-cv-00090-MSD-DEMVAED Oceanetics, Inc. v. Marine1, LLC

---

**From** Lawson Barkley <Lbarkley@cwm law.com>

**Date** Fri 7/31/2026 5:11 PM

**To** stsnow@comcast.net <stsnow@comcast.net>

**Cc** James Chapman <jchapman@cwm-law.com>; Tressa Lucas <tlucas@cwm-law.com>; Breanna Morgan <bmorgan@cwm law.com>

**Good afternoon Mr. Snow,**

We are in receipt of your Motion for Extension of Time filed in the above-referenced matter. In regard to Paragraph 6 of your Motion, in which you represent that you attempted to communicate with our office — we have yet to receive any communication from you regarding your Motion, except for a copy of the Motion itself after it was filed. We are entitled to know the basis of your representation to the Court. Please provide my office with documentation of your attempts to confer with us regarding your Motion.

We have received your request for a 45-day extension. While we cannot agree to an extension of that duration, we would be agreeable to a shorter extension period until August 18, 2026, which is three weeks from the original Answer deadline.

Please respond to the below:
1. Are you agreeable to this proposed extension?
2. All documentation of the communication efforts described above.

Please respond by close of business on Monday, August 3, 2026.

Best regards,

**Lawson P. Barkley, Esq.**
**Attorney**
**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1923 | Norfolk, VA 23510
**T** (757) 623-3000 | **F** (757) 623-5735
Email: lbarkley@cwm-law.com Website: www.cwm-law.com

