**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
*Newport News Division*

**OCEANETICS, INC.,**

      **Plaintiff,**

**v.**                                     **Civil Action No. 4:26cv90-MSD**

**MARINE1, LLC,**

      **Defendant.**

**ORDER**

THIS MATTER is before the Court on Defendant's Motion for Extension of Time to Respond to the Complaint. UPON CONSIDERATION THEREOF and the Plaintiff's Reply thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

Defendant shall file its responsive pleading by admitted counsel on or before August 18, 2026.

      ENTERED:               _____

                                  United States District Court