**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Newport News Division*

**OCEANETICS, INC.,**

       **Plaintiff,**

**v.**                                    **Civil Action No. 4:26cv90-MSD**

**MARINE1, LLC,**

       **Defendant.**

### PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER

Plaintiff Oceanetics, Inc. ("Plaintiff" or "Oceanetics"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(f) and the Court's inherent authority, respectfully moves the Court to strike the "protective Answer" filed by Mr. Scott Snow ("Mr. Snow"), purportedly on behalf of Defendant Marine1, LLC ("Defendant" or "Marine1") (ECF No. 11). In support thereof, Plaintiff states that Marine1 is a limited liability company that may appear in federal court only through licensed counsel, and that the protective Answer filed by Mr. Snow, a non-attorney, on the entity's behalf is a nullity and must be stricken.

The grounds for this Motion are set forth more fully in the accompanying Brief in Support, which is incorporated herein by reference.

**WHEREFORE**, Plaintiff Oceanetics, Inc. respectfully requests that the Court grant this Motion, strike Defendant Marine1, LLC's "protective Answer" (ECF No. 11), direct that Defendant appear only through licensed counsel, and, in accordance with Plaintiff's Reply to Defendant's Motion for Extension of Time (ECF No. 13), afford Defendant a reasonable period

within which to retain counsel and file its responsive pleading, together with such further relief as the Court deems just and proper.

Dated: August 10, 2026

**OCEANETICS, INC.,**

*/s/   Lawson P. Barkley*
James L. Chapman, Esquire, VSB No. 21983
Lawson P. Barkley, Esquire, VSB No. 101875
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
lbarkley@cwm-law.com
*Counsel for Oceanetics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2026 a true copy of the foregoing was served via First Class U.S. Mail, postage fully prepaid, on the following:

**Marine1, LLC**
c/o Scott T. Snow
300 Dandy Loop Road
Yorktown, Virginia 23692

And via email to:
**Marine1, LLC**
c/o Scott T. Snow
stsnow@comcast.net

*/s/      Lawson P. Barkley*
James L. Chapman, Esquire, VSB No. 21983
Lawson P. Barkley, Esquire, VSB No. 101875
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
lbarkley@cwm-law.com
*Counsel for Oceanetics, Inc.*