UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

OCEANETICS, INC.,

       Plaintiff,

v.                                                                                    Civil Action No. 4:26cv90

MARINE1, LLC,

       Defendant.

## ORDER

This matter is before the court on a Motion for Extension of Time to Respond to the Complaint, (ECF No. 10), lodged by Defendant through its managing member, who is not an attorney. The motion seeks an extension of time to file responsive pleadings and asks the court to provisionally accept a responsive pleading lodged in the same fashion. (ECF No. 11). Plaintiff, by counsel, opposed the motion in part, agreeing to a shorter extension and providing a form Order to effect the same. (ECF No. 13, 13-2). UPON CONSIDERATION THEREOF, it is hereby ORDERED, ADJUDGED and DECREED that:

Defendant shall file its responsive pleading by admitted counsel on or before **August 28, 2026**. The Provisional Answer, lodged by Defendant without counsel, is the subject of a separate motion (ECF No. 14), and the request to accept it is DENIED without prejudice.

       IT IS SO ORDERED.

                                   /s/
                            Douglas E. Miller
                            United States Magistrate Judge
                            DOUGLAS E. MILLER
                            UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
August 14, 2026