LAW OFFICES
**CRENSHAW, WARE & MARTIN, P.L.C.**
150 WEST MAIN STREET, SUITE 1923
NORFOLK, VIRGINIA 23510

TELEPHONE (757) 623-3000
FACSIMILE (757) 623-5735

LAWSON P. BARKLEY
EMAIL: LBarkley@cwm-law.com

September 10, 2026

**VIA ELECTRONIC FILING**

Laura G. Griffin, Clerk
United States District Court
Eastern District of Virginia
Newport News Division
2400 West Avenue
Newport News, VA 23607

**Re: Oceanetics, Inc. v. Marine1, LLC**
**Civil Action No. 4:26cv90**

Dear Ms. Griffin,

Enclosed for filing is a Consent Extension Order extending the time for Defendant to respond through admitted counsel, submitted pursuant to Defendant's request for an extension.

If the enclosed Order is in suitable form, I would appreciate your presenting it to the Court for entry.

Should you have any questions or concerns please do not hesitate to contact my office.

Sincerely yours,

Lawson P. Barkley

LPB
cc: Oceanetics, Inc. (via email only)
Marine 1, LLC (via email and U.S. Mail)