**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
***Newport News Division***

**OCEANETICS, INC.,**

**Plaintiff,**

**v.** **Civil Action No. 4:26cv90-MSD**

**MARINE1, LLC,**

**Defendant.**

**CONSENT EXTENSION ORDER**

THIS MATTER is before the Court on Scott T. Snow's Request for Extension of Time to Comply with the Court's August 14, 2026 Order, ECF No. 17.

Plaintiff served the Complaint and Summons upon Defendant Marine1, LLC through Scott T. Snow, its registered agent, on July 7, 2026, ECF No. 9.

After service, Scott T. Snow represented to the Court that he was the sole member and manager of Marine1, LLC and that Marine1, LLC had not had sufficient time to locate and retain an attorney to appear on its behalf, ECF Nos. 10-12.

The Court previously extended Defendant's deadline to respond to the Complaint to August 28, 2026, ECF No. 16.

On August 28, 2026, the day of the Court deadline, Scott T. Snow submitted a request to the Court to further extend until September 18, 2026 the deadline to retain counsel and comply with the Court's prior Order, ECF No. 17.

Plaintiff, by counsel, consents to the requested extension.

UPON CONSIDERATION of the request of Mr. Snow, and the consent of Plaintiff, it is hereby ORDERED that:

Defendant, Marine1, LLC, shall file its responsive pleading by admitted counsel on or before September 18, 2026.

ENTERED:

__________________________________
United States District Court

**We consent to the extension**

**OCEANETICS, INC.,**

By: */s/ Lawson P. Barkley*

James L. Chapman, Esquire, VSB No. 21983
Lawson P. Barkley, Esquire, VSB No. 101875
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
lbarkley@cwm-law.com
*Counsel for Oceanetics, Inc.*