**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| OCEANETICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:26cv90 |
| | ) | |
| MARINE1, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JURY DEMAND OF DEFENDANT MARINE1, LLC**

Defendant Marine1, LLC ("Marine1"), by counsel, hereby demands a jury trial on all issues in this case.

Respectfully submitted,

MARINE1 LLC
By Counsel

_/Matthew Brennan/_______

Matthew A. Brennan, III
Va. Bar No. 27556
Reston Law Group LLP
2100 Reston Parkway, Suite 450
Reston VA 20191
(703) 929-0091
(703) 868-8653
mbrennan@restonlaw.com
lrhodes@restonlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 2nd day of October, 2026, a copy of this jury demand was sent by email to jchapman@cwm-law.com, James Chapman, Crenshaw, Ware & Martin, PLC, 150 W. Main Street, Suite 1500, Norfolk, VA 23510.

/Matthew Brennan/
Matthew A. Brennan, III